**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-CR-0008 |
| v. ) | |
| ) | |
| DAVID WIKEL, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE**
**APRIL 15, 2019 OMNIBUS HEARING**

**COMES NOW**, Defendant, DAVID WIKEL ("Wikel"), by and through his undersigned counsels, David J. Cattie, Esq., of The Cattie Law Firm, P.C., and hereby moves this Court for an Order Continuing the April 15, 2019 Omnibus Hearing. As reason for this motion, Defendant states:

Undersigned counsel has discussed this matter with AUSA Nathan Brooks, Esq. who has no objection to the requested continuance. The omnibus hearing in this matter is scheduled for April 15, 2019. [ECF # 10]. On March 25, 2019, Defendant filed a motion for recusal [ECF # 15] which is the only substantive motion to be filed in this case as the United States and Defendant have entered into a plea agreement. Undersigned counsel is unavailable during the week of April 15, 2019 as he will be on pre-planned travel in New Jersey and Washington, D.C. from April 12, 2019 until April 21, 2019. If the Court determines that oral argument or an evidentiary hearing on the motion is proper, or that some other matter needs to be addressed as an omnibus hearing, it is respectfully requested that the hearing date be moved until the week of April 22, 2019. Defendant has executed and filed a speedy trial waiver in this matter. [ECF # 13].

Case: 3:19-cr-00008-CVG-RM   Document #: 16   Filed: 03/26/19   Page 2 of 2

*United States v. David Wikel; Case No. 3:19-CR-008*
*Defendant's Motion to Continue the April 15, 2019 Omnibus Hearing*
P a g e | **2**

Accordingly, it is respectfully requested that this Court enter an Order continuing the April 15, 2019 hearing in this matter.

Respectfully submitted,

DATED: March 26, 2019

**The Cattie Law Firm, P.C.**

By: /s/ DAVID J. CATTIE
DAVID J. CATTIE, ESQ.
V.I. Bar No. 964
1710 Kongens Gade
St. Thomas, USVI 00802
Telephone: 340.775.1200
Facsimile: 800.878.5237
david.cattie@cattie-law.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of March, 2019, an exact copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notification of the filing (NEF) to the parties in the above captioned action:

United States Attorney's Office
Nathan Brooks Esq.
Assistant United States Attorney
District of the Virgin Islands
5500 Veterans Drive, Suite 260
St. Thomas, VI  00802
Tel.    340.715.9417
E-mail: Nathan.brooks@usdoj.gov

/s/ DAVID J. CATTIE