*Nicholas S. Aradi, Ph. D.*

Psychotherapy & Consultation
Sandtree Plaza
600 Sandtree Drive, Suite 210A
Palm Beach Gardens, FL 33403
Tel: (561) 626-2444 . Fax: (561) 625-6456

October 14, 2019

The Honorable Curtis V. Gomez
US District Court of the Virgin Islands
5500 Veterans Drive
St. Thomas, VI  00802

RE:    Matthew Wikel
       DOB: 8-1-1998

Dear Judge Gomez,

I am a Florida licensed psychotherapist and have maintained a full time private practice in Palm Beach Gardens since 1985. I am writing on behalf of my patient, Matthew Wikel. This 21 year young man suffers from Major Depressive Disorder (suicide attempt in March 2019 with subsequent inpatient hospitalization) and Generalized Anxiety Disorder. Fortunately, Matthew has a loving and supporting family. His father, in particular, is a source of strength, guidance, and emotional support. Recently, Matthew was told his father was facing a court case and may be incarcerated. In my opinion, this possibility would be highly unstabilizing for this troubled young man. If you have any latitude in your sentencing, your Honor, I ask you to show leniency and compassion for the sake of Matthew in making your decision.

Sincerely,

_____
Nicholas S. Aradi, Ph.D.
NSA/alp

Florida Licenses MT 980 and SS 332