FORM 2

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA v. DAVID WIKEL

Cr. 2019-cr-8

## CONSENT TO INSTITUTE A PRE SENTENCE INVESTIGATION AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY.

I, DAVID WIKEL, hereby consent to a pre sentence investigation by the probation officers of the District Court of the Virgin Islands. I understand and agree that the report of the investigators will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Date: OCTOBER 8, 2019

(Signature of Defendant)

Date: OCTOBER 8, 2019

(Defendant's Attorney)